**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| TROIANI GROUP AND TROY DEVELOPMENT ASSOCIATES, L.P., | : | No. 105 WAL 2022 |
| | : | |
| Petitioners | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| | : | Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| CITY OF PITTSBURGH PLANNING | : | |
| COMMISSION, CITY OF PITTSBURGH | : | |
| AND LUMANIA PROPERTIES, L.P., | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 14th day of December, 2022, the Petition for Allowance of Appeal is **DENIED**.